JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PATRICK,<br><br>        Plaintiff,<br><br>   vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO: 2:22-cv-06173-MEMF-MAR<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

     Pursuant to the stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a) (ECF No. 24), the above-entitled action is dismissed with prejudice in its entirety and as to all parties. Each party shall bear its own attorneys' fees, costs and expenses.

     IT IS SO ORDERED.

Dated: November 22, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

1